IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   v.<br><br>Roberto Buenrostro, Individually and d/b/a Sahuayo Meat Market; Maria Buenrostro; Veronica L. Moreno, Individually and d/b/a Veronica's Beauty Salon; Maria Lucas Najera Cruz, Individually and d/b/a La Posada Del Pescador,<br><br>        Defendants.<br>_____ | 2:12-cv-00785-GEB-KJN<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

        Plaintiff states in his Status Report filed on June 11, 2012, that "Plaintiff and Defendants Robert Buenrostro[,] Maria Buenrostro[,] and Veronica L. Moreno are currently in the process of finalizing a settlement agreement." (ECF No. 8, 1:16-19.) However, these defendants have not yet appeared in this action, and Plaintiff does not indicate what steps he will take to prosecute this action if the settlement is not finalized.

        In the event a settlement is not finalized, Plaintiff shall take whatever steps are necessary to prosecute this action as a default matter against any non-appearing party; and no later than August 3, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why a dismissal order should not be entered for failure of prosecution.

1

Plaintiff is notified that the dismissal may be with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to respond to this Order.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Maria Lucas Najera Cruz with process within the 120 day period prescribed in that Rule may result in this defendant being dismissed. To avoid dismissal, on or before June 29, 2012, Plaintiff shall file proof of service for this defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

Lastly, the Status (Pretrial Scheduling) Conference scheduled for hearing on June 25, 2012, is continued to August 20, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge